IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL MOLDAN                                                                       PLAINTIFF

V.                          CASE NO. 3:16-CV-41-BRW-BD

POINSETT COUNTY                                                                  DEFENDANT

RECOMMENDED DISPOSITION

I.    **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.   **Discussion:**

Plaintiff Michael Moldan, an inmate at the Poinsett County Detention Center ("Detention Center"), filed this case *pro se* under 42 U.S.C. § 1983. (Docket entries #1 and #2) In his complaint, Mr. Moldan claims that he is being mistreated by staff because he is not from the area. (#2) Specifically Mr. Moldan claims: he has been denied a full sixty minutes outside of his cell on a daily basis; he has been denied his mail on days

when the mail runs; and he has been held in a cell with no lights and cold air that is causing illness; and he does not have money to see a doctor. (#2)

Mr. Moldan's complaint was deficient, in that it lacked facts necessary to support his claims. Rather than dismiss the complaint, however, the court allowed Mr. Moldan thirty days to file an amended complaint. (#4) To date, he has failed to comply with the Court's Order, and the time for doing so has passed.

Mr. Moldan names Poinsett County as the only Defendant; however, he does not allege any County policy, custom, or practice that led to his injury. A county can be held liable only if an official policy, custom, or practice caused the plaintiff's injury. *Jenkins*, 557 F.3d at 632; *Grayson v. Ross*, 454 F.3d 802, 810-11 (8th Cir. 2006). Accordingly, Mr. Moldan has failed to state a constitutional claim for which relief can be granted.

## III. Conclusion:

The Court recommends that Mr. Moldan's claims against the Defendant be DISMISSED, without prejudice.

DATED this 14th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE