**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MICHAEL MOLDAN**                                                                                       **PLAINTIFF**

**VS.**                                              **3:16-CV-00041 BRW/BD**

**POINSETT COUNTY**                                                                                   **DEFENDANT**

**ORDER**

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections have been filed and the time for doing so has passed.. After careful review of the Recommendation, I approve and adopt it in its entirety.

Mr. Moldan's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 1st day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE